IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:25-cr-92 |
| ) | |
| CRISTINA SCHASSE, ) | Tampering with Consumer Products |
| ) | 18 U.S.C. § 1365(a)(4) |
| ) | (Counts One – Three) |
| Defendant. ) | |
| ) | |
| ) | Forfeiture Allegation |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. The defendant, CRISTINA SCHASSE, was a Certified Registered Nurse Anesthetist (CRNA), licensed by the Commonwealth of Virginia.

2. From on or about June 2023 through August 2023, the defendant, CRISTINA SCHASSE, was employed as a CRNA by Chippenham and Johnston-Willis Medical Center (CJWMC) in Richmond, Virginia.

3. CJWMC is a healthcare facility licensed to provide to patients, among other things, controlled substances and other prescribed drugs for surgical procedures and other medical conditions.

4. Fentanyl is a synthetic opioid, listed as a Schedule II controlled substance, used to treat moderate to severe pain.

5. Midazolam, including under the brand name Versed (referred to below as "Versed"), is a Schedule IV benzodiazepine that is used as a sedative.

6. Precedex is a non-scheduled sedative.

7. Saline or saline solution is a mixture of sodium chloride (salt) and water commonly used as an IV fluid for hydration and electrolyte balance.

8. Propofol is a short-acting, intravenous anesthetic and sedative used for inducing and maintaining general anesthesia, as well as for procedural sedation and sedation of mechanically ventilated patients.

9. Fentanyl, Versed, and Precedex are consumer products that are manufactured in whole or in part outside of the Commonwealth of Virginia and therefore travel in and affect interstate or foreign commerce when they are present inside the Commonwealth of Virginia.

10. A Pyxis machine is an automated medication dispensing system used in hospitals and other health care settings to store and dispense medications, primarily controlled substances, ensuring secure and efficient medication management.

## COUNT ONE
(Tampering with Consumer Products)

The allegations set forth in paragraphs one through ten are realleged and incorporated by reference as if fully set forth here.

On or about June 14, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CRISTINA SCHASSE, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that traveled in and affected interstate commerce. Specifically, the defendant, while working as a Certified Registered Nurse Anesthetist at Chippenham and Johnston-Willis Medical Center, tampered with the Pyxis machine that contained fentanyl and Versed, by drawing syringes of fentanyl and Versed, placing them into her pockets, and then preparing syringes of Precedex (a non-scheduled

sedative), mixed with saline, and then marked the syringes with preprinted labels misidentifying them as containing either fentanyl or Versed. The defendant then stored these mislabeled syringes in the Pyxis machine, knowing that the substituted drugs would be administered to patients. After the patient was sedated with Propofol, the defendant then administered the replacement substances she had placed inside the mislabeled syringes, to multiple patients during medical procedures.

(In violation of Title 18, United States Code, Section 1365(a)(4)).

## COUNT TWO
(Tampering with Consumer Products)

The allegations set forth in paragraphs one through ten are realleged and incorporated by reference as if fully set forth here.

On or about July 26, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CRISTINA SCHASSE, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that traveled in and affected interstate commerce. Specifically, the defendant, while working as a Certified Registered Nurse Anesthetist at Chippenham and Johnston-Willis Medical Center, tampered with a Pyxis machine that contained fentanyl and Versed, by drawing syringes of fentanyl and Versed, placing them into her pockets, and then preparing syringes of Precedex (a non-scheduled sedative), mixed with saline, and then marking the syringes with preprinted labels misidentifying them as containing either fentanyl or Versed. The defendant then stored these mislabeled syringes in the Pyxis machine, knowing that the substituted drugs would be administered to patients. After the patient was sedated with Propofol, the defendant then administered the replacement substances she had placed inside the mislabeled syringes, to multiple patients during

medical procedures.

(In violation of Title 18, United States Code, Section 1365(a)(4)).

### COUNT THREE
(Tampering with Consumer Products)

The allegations set forth in paragraphs one through ten are realleged and incorporated by reference as if fully set forth here.

On or about August 2, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, CRISTINA SCHASSE, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that traveled in and affected interstate commerce. Specifically, the defendant, while working as a Certified Registered Nurse Anesthetist at Chippenham and Johnston-Willis Medical Center, tampered with a Pyxis machine that contained fentanyl and Versed, by drawing syringes of fentanyl and Versed, placing them into her pockets, and then preparing syringes of Precedex (a non-scheduled sedative), mixed with saline, and marked them with preprinted labels misidentifying them as containing either fentanyl or Versed. The defendant then stored these mislabeled syringes in the Pyxis machine, knowing that the substituted drugs would be administered to patients. After the patient was sedated with Propofol, the defendant then administered the replacement substances she had placed inside the mislabeled syringes, to multiple patients during medical procedures.

(In violation of Title 18, United States Code, Section 1365(a)(4)).

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Angela Mastandrea
Patrick J. McGorman
Assistant United States Attorneys